IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

MARTIN BROTHERS ENTERPRISES, INC.

    Plaintiff
v.

AXIS SURPLUS INSURANCE COMPANY

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, AXIS SURPLUS INSURANCE COMPANY (hereinafter "AXIS"), by and through its undersigned counsel and pursuant to 28 U.S.C. § 1441(a), removes an action pending in the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, Florida, styled *MARTIN BROTHERS ENTERPRISES, INC. vs. AXIS SURPLUS INSURANCE COMPANY*, 2022-020616-CA-01, where Plaintiff filed suit against AXIS, and further states:

## TIMELY NOTICE OF REMOVAL

1. On October 27, 2022, Plaintiff filed a Complaint against AXIS in the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, Florida, Case No. 2022-020616-CA-01 ("State Action").

2. On November 30, 2022, AXIS was served with a Summons and copy of the Complaint in connection with the State Action. *See* **Composite Exhibit A.**

3. Plaintiff's Complaint asserts that AXIS breached an insurance contract issued to the Plaintiff, MARTIN BROTHERS ENTERPRISES, INC., with respect to its claim for damages to the Plaintiff's property located at 10801-10827 Southwest 40th Street, Miami, Florida, 33165.

*See* **Composite Exhibit A** (Complaint at ¶ 8-15).

4. Pursuant to 28 U.S.C. § 1446(b)(3), AXIS timely files this Notice within thirty (30) days of AXIS's receipt through service of a copy of the initial pleading setting forth a claim for relief.

## VENUE

5. Venue is proper in the United States District Court for the Southern District of Florida because the State Action originated in Miami-Dade County, Florida.

## JURISDICTION

6. This Court has jurisdiction. The State Action is a civil action which falls under this Court's original jurisdiction, pursuant to 28 U.S.C. § 1332(a), because the parties are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, AXIS is entitled to remove this action pursuant to 28 U.S.C. § 1441.

## COMPLETE DIVERSITY EXISTS

7. A corporation is a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1183 (2010) ("The phrase 'principal place of business' in § 1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's actions i.e. its 'nerve center.'").

8. AXIS is and was, at the time the Complaint was filed in a Florida state court, a corporation organized under the laws of Illinois, with its principal place of business in Georgia. Accordingly, AXIS is a citizen of Illinois and Georgia for purposes of determining Diversity under 28 U.S.C. § 1332(a)(1). *See* **Composite Exhibit B.**

9. Plaintiff, MARTIN BROTHERS ENTERPRISES, INC. is and was, at the time the

Complaint was filed in Florida state court, a corporation organized under the laws of the state of Florida with its principal place of business in Miami-Dade County, Florida. Accordingly, Plaintiff is considered a citizen of the State of Florida for the purposes of determining diversity under 28 U.S.C. §1332(a)(1). *See* **Exhibit C.**

10. Accordingly, the parties are completely diverse as Plaintiff and AXIS are citizens of different states.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

11. AXIS bears the burden of establishing the jurisdictional amount by a preponderance of the evidence. *See Lowery v. Alabama Power Co.*, 483 F.3d 1184, 11th Cir. (2007). Here, as previously stated, Plaintiff's Complaint asserts AXIS breached an insurance contract issued to Plaintiff.

12. Prior to filing of the above styled action or notice of intent to initiate litigation, Plaintiff submitted to AXIS an estimate prepared by Prestige Claim Consultants, Corp. referenced as a proof of loss in connection with the subject property insurance claim totaling $127,432.36. *See* **Composite Exhibit D.**

13. Prior to the filing of the above styled action, Plaintiff filed a notice of intent to initiate litigation with an attached estimate prepared by Prestige Claim Consultants, Corp. in connection with the subject property insurance claim totaling $385,651.19. *See* **Composite Exhibit D.**

14. The applicable deductible under the subject policy of insurance is $49,170.00.

15. AXIS has not issued any payment to Plaintiff to date in relation to the subject claim.

16. Accordingly, the amount in controversy between Plaintiff and AXIS for damages related to the insurance contract exceeds the $75,000.00 amount in controversy requirement for

diversity jurisdiction.

## CONCLUSION

17. Therefore, this Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and AXIS are citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

## COMPLIANCE WITH 28 U.S.C. § 1446

18. Pursuant to 28 U.S.C. § 1446(d), AXIS provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and to the Eleventh Judicial Circuit Miami-Dade County Clerk of Court. Furthermore, as required by 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind filed in the State Action are being filed with this Notice of Removal. *See* **Composite Exhibit A[1].**

WHEREFORE, the Defendant, AXIS SURPLUS INSURANCE COMPANY respectfully requests that this Court exercise jurisdiction over this matter.

BUTLER WEIHMULLER KATZ CRAIG LLP

WILLIAM R. LEWIS, ESQ.
Florida Bar No.: 0879827
wlewis@butler.legal
J. ALEX COUTURE, ESQ.
Florida Bar No.: 1038574
acouture@butler.legal
Secondary:   jdearborn@butler.legal
             tgarcia@butler.legal
400 N. Ashley Drive, Suite 2300

---

[1] Includes Civil Cover Sheet, Complaint, Notice of Interrogatory, Request for Production, Summons Received, Summons Issued, and Notice of Service of Process.

        Tampa, Florida  33602
        Telephone:	(813) 281-1900
        Facsimile:	(813) 281-0900
        *Attorneys for Defendant, AXIS Surplus Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Rafael Viego, III, Esq.
The Hernandez Legal Group
11410 N. Kendall Dr., Suite 311
Miami, FL 33176
Telephone: (305)640-8210
eservice@thehlglawfirm.com
rviego@thehlglawfirm.com
*Counsel for Plaintiff*

by CM/ECF on December 20, 2022

_____
J. ALEX COUTURE, ESQ.

5