IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARTIN BROTHERS ENTERPRISES, INC.

        Case No. 1:22-cv-24113

    Plaintiff,

vs.

AXIS SURPLUS INSURANCE COMPANY

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Defendant, AXIS SURPLUS INSURANCE COMPANY, by and through its undersigned counsel, and gives notice that the parties have reached a settlement of the above captioned case. The parties request 30 days to submit a Joint Stipulation of Dismissal and/or Notice of Dismissal.

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ signature*

WILLIAM R. LEWIS, ESQ.
Florida Bar No.: 0879827
wlewis@butler.legal
J. ALEX COUTURE, ESQ.
Florida Bar No.: 1038574
acouture@butler.legal
400 N. Ashley Dr. Suite 2300
Tampa, FL 33602

## CERTIFICATE OF SERVICE

    I certify that a copy hereof has been furnished to:

    Rafael Viego, III, Esq.
    The Hernandez Legal Group
    11410 N. Kendall Dr., Suite 311
    Miami, FL 33176
    Telephone: (305)640-8210
    rviego@thehlglawfirm.com
    nmillares@thehlglawfirm.com
    *Counsel for Plaintiff*

by e-mail on May 24 2023.

                                        J. ALEX COUTURE, ESQ.